930

No. 83–6234.  SANABRIA v. ZIMMERMAN, WARDEN.   C. A. 3d Cir.   Certiorari denied.

No. 83–6242.  KIZZIAR v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   Ct. Crim. App. Tex. Certiorari denied.

No. 83–6245.  HOWARD v. WYRICK, WARDEN.   C. A. 8th Cir. Certiorari denied.

No. 83–6246.  CANNON v. DEPARTMENT OF ELECTIONS FOR NEW CASTLE COUNTY ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–6250.  WADSWORTH v. ALABAMA.   Sup. Ct. Ala.   Certiorari denied.

No. 83–6253.  STORMS v. COOKE ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 83–6257.  WAITS v. CARTER ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 83–6262.  BROWN v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir. Certiorari denied.

No. 83–6273.  TARKOWSKI v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 83–6280.  FULTON v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 5th Cir.   Certiorari denied.

No. 83–6290.  KIRK v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 83–6311.  APONTE v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 4th Cir.   Certiorari denied.

No. 83–6331.  MINOR v. VETERANS ADMINISTRATION ET AL. C. A. 9th Cir.   Certiorari denied.

No. 83–6332.  SCHRAMM v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 83–6357.  WAGONER v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.